**E-Filed 10/14/05**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARK SHERWOOD,<br><br>                  Plaintiff,<br><br>        v.<br><br>WAVECREST CORPORATION, et al.,<br><br>                Defendants. | Case Number C 05-02354 JF<br><br>ORDER[1] GRANTING REQUEST TO FILE LATE OPPOSITION BRIEF<br><br>[Docket No. 12] |

On October 12, 2005, Plaintiff Mark Sherwood filed a request to file a late opposition brief. Although the opposition brief was due on Friday October 7, 2005, Plaintiff filed the opposition brief on Monday October 10, 2005. Defendants have not filed a response to Plaintiff's request.

Plaintiff's request to file a late opposition brief is GRANTED.

---

[1] This disposition is not designated for publication and may not be cited.

1   DATED: October 14, 2005

2

3                                          /s/ electronic signature authorized
                                           JEREMY FOGEL
4                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    This Order has been served upon the following persons:

2    Robert David Baker    attyatlaw@earthlink.net

3    Bradford K. Newman    bradfordnewman@paulhastings.com,
                                     yvettekillingham@paulhastings.com

4

5    John Sherman Purcell    johnpurcell@quinnemanuel.com,

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3