1  BRADFORD K. NEWMAN (SB# 178902)
   SHANNON S. SEVEY (SB# 229319)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square
3  Sixth Floor                                    **E-filed 11/21/05**
   Palo Alto, CA  94306-2155
4  Telephone: (650) 320-1800
   Facsimile: (650) 320-1900
5
   Attorneys for Defendants
6  WAVECREST CORPORATION
   and DENNIS LEISZ
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | MARK SHERWOOD,                    | CASE NO. C 05-2354 JF
12 |          Plaintiff,               | **STIPULATION AND [PROPOSED]
   |                                   | ORDER REGARDING RELATED CASES**
13 |    vs.                            | **(Civil L.R. 3-12, 7-11 and 7-12)**
14 | WAVECREST CORPORATION;            | Courtroom:  3, Fifth Floor
   | AMHERST SYSTEMS ASSOCIATES,       | Judge:      Hon. Jeremy Fogel
15 | INC.; DENNIS LEITSZ; MICHAEL K.
   | WILLIAMS; DOES 1-100,
16 |
   |          Defendants.
17

18

19

20

21

22

23

24

25

26

27
                                                   STIPULATION AND [PROPOSED] ORDER
28                                                      REGARDING RELATED CASES
                                                      (Civil L.R. 3-12, 7-11 and 7-12)
                                                           CASE NO. C 05-2354 JF

LEGAL_US_W # 52934406.1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mark Sherwood, Defendants Amherst Systems Associates, Inc. and Michael K. Williams, and Defendants Wavecrest Corporation and Dennis Leisz, through their respective counsel of record, under Local Rules 7-11 and 7-12 that the following currently pending actions are related cases as defined under Local Rule 3-12(a):

1. Mark Sherwood v. Wavecrest Corporation, Amherst Systems Associates, Inc., Dennis Leitsz, Michael K. Williams, case number CV 05-02354 JF; and

2. Mark Sherwood v. Wavecrest Corporation, Amherst Systems Associates, Inc., Dennis Leitsz, Michael K. Williams, case number CV 05-03735 JW.

DATED: November 16, 2005

ROBERT DAVID BAKER
NIEVE ANJOMI
BAKER & ANJOMI

By: _____
ROBERT DAVID BAKER
Attorneys for Plaintiff MARK SHERWOOD

DATED: November ___, 2005

JOHN S. PURCELL
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES

By: _____
JOHN S. PURCELL

Attorneys for Defendants
AMHERST SYSTEMS ASSOCIATES, INC. and
MICHAEL K. WILLIAMS

-1-   STIPULATION AND [PROPOSED] ORDER
REGARDING RELATED CASES
(Civil L.R. 3-12, 7-11 and 7-12)
CASE NO. C 05-2354 JF

LEGAL_US_W # 52934406.1

Case 5:05-cv-02354-JF   Document 25   Filed 11/21/05   Page 3 of 4

11-17-2005  02:19pm  From-QUINN EMANUEL        2136240643          T-082  P.003/004  F-249
11/16/2005 13:00 FAX  650 320 1900   PAUL HASTINGS                               ☒003/004

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mark
2  Sherwood, Defendants Amherst Systems Associates, Inc. and Michael K. Williams, and
3  Defendants Wavecrest Corporation and Dennis Leisz, through their respective counsel of record,
4  under Local Rules 7-11 and 7-12 that the following currently pending actions are related cases as
5  defined under Local Rule 3-12(a):

6      1.    Mark Sherwood v. Wavecrest Corporation, Amherst Systems Associates, Inc.,
7  Dennis Leitsz, Michael K. Williams, case number CV 05-02354 JF; and

8      2.    Mark Sherwood v. Wavecrest Corporation, Amherst Systems Associates, Inc.,
9  Dennis Leitsz, Michael K. Williams, case number CV 05-03735 JW.

11  DATED: November ___, 2005         ROBERT DAVID BAKER
                                     NIEVE ANJOMI
12                                   BAKER & ANJOMI

14                                   By: _____
                                         ROBERT DAVID BAKER
15                                   Attorneys for Plaintiff MARK SHERWOOD

17  DATED: November ___, 2005         JOHN S. PURCELL
                                     QUINN, EMANUEL, URQUHART, OLIVER &
18                                   HEDGES

20                                   By: _____
                                         JOHN S. PURCELL
21                                   Attorneys for Defendants
22                                   AMHERST SYSTEMS ASSOCIATES, INC. and
                                     MICHAEL K. WILLIAMS

                                -1-         STIPULATION AND [PROPOSED] ORDER
                                            REGARDING RELATED CASES
                                            (Civil L.R. 3-12, 7-11 and 7-12)
                                            CASE NO. C 05-2354 JF

LEGAL_US_W # 52934406.1

| | | |
|---|---|---|
| 1 | DATED: November 17, 2005 | BRADFORD K. NEWMAN |
| 2 | | SHANNON S. SEVEY |
| | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: /s/ Shannon Sevey
SHANNON S. SEVEY

Attorneys for Defendants
WAVECREST CORPORATION and DENNIS LEISZ

## ORDER

The Court has reviewed and, good cause having been shown, accepted the Stipulation of the parties in this matter.

IT IS ORDERED that the above-captioned cases are hereby designated as related cases pursuant to Local Rules 3-12.

**IT IS SO ORDERED.**

DATED: November 21, 2005

/s/electronic signature authorized
The Honorable Jeremy Fogel
United States District Court Judge

LEGAL_US_W # 52969618.1

REGARDING RELATED CASES
(Civil L.R. 3-12, 7-11 and 7-12)
CASE NO. C 05-2354 JF

LEGAL_US_W # 52934406.1