**E-filed 12/9/05**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mark Sherwood
             Plaintiff(s),

v.

Wavecrest Corporation; Amherst Systems Associates, Inc.; Dennis Leitsz; Michael K. Williams; Does 1-100
             Defendant(s).

CASE NO. C-05-2354 JF RS

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

---

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline: 150 days from the date of the order. [At this time, the parties believe that they will participate in ENE. However, the parties do not believe it would be beneficial to schedule an ENE until certain key depositions have taken place which will enable the parties to better evaluate their respective positions. Accordingly, to facilitate these depositions, the parties respectfully request additional time before any ADR process is conducted.]

American LegalNet, Inc.
www.USCourtForms.com

Dated: 12-2-05

Attorney for Plaintiff
Mark Sherwood

Dated: 12/2/05

Attorney for Defendants
Wavecrest Corporation and Dennis Leisz

Dated: _____

Attorney for Defendants
Amherst Systems Associates and
Michael K. Williams

American LegalNet, Inc.
www.USCourtForms.com

Dated:_____

                                                  Attorney for Plaintiff
                                                  Mark Sherwood

Dated:_____

                                                  Attorney for Defendants
                                                  Wavecrest Corporation and Dennis
                                                  Leisz

Dated: 12/2/05

                                                  Attorney for Defendants
                                                  Amherst Systems Associates and
                                                  Michael K. Williams

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 150 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 12/9/05                             Jeremy Fogel /s/electronic signature authorized
                                           UNITED STATES MAGISTRATE JUDGE

LEGAL_US_W # 53049020.1

American LegalNet, Inc.
www.USCourtForms.com