PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
SHANNON S. SEVEY (SB# 229319)
Five Palo Alto Square
Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900
Email: bradfordnewman@paulhastings.com

Attorneys for Defendants
WAVECREST CORPORATION
and DENNIS LEISZ

\*\*E-filed 4/27/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHERWOOD,<br><br>Plaintiff,<br><br>vs.<br><br>WAVECREST CORPORATION; AMHERST SYSTEMS ASSOCIATES, INC.; DENNIS LEITSZ; MICHAEL K. WILLIAMS; DOES 1-100,<br><br>Defendants. | CASE NO. C 05-2354 JF<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

WHEREAS, a Case Management Conference ("CMC") is currently scheduled to occur in the above-captioned litigation on April 28, 2006;

WHEREAS the Early Neutral Evaluation ("ENE") session in the above-captioned litigation has been postponed from April 2006 until June 2006;

WHEREAS, the Parties jointly wish to continue the CMC until after the ENE session is conducted so as to avoid expending the Court's time on an unnecessary CMC;

LEGAL_US_W # 53516638.1 59399.00002

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  THEREFORE, it is hereby STIPULATED that:

2  The CMC currently scheduled for April 28, 2006 will be continued to Friday, July
3  21, 2006.

4  **IT IS SO STIPULATED.**

5

6  DATED: April __, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                  BRADFORD K. NEWMAN
7                                 SHANNON S. SEVEY

8

9
                                  By:   /s/ Shannon S. Sevey
10                                            SHANNON S. SEVEY

11                                Attorneys for Defendants
                                  WAVECREST CORPORATION
12                                and DENNIS LEISZ

13

14  DATED: April 26, 2006         BAKER & ANJOMI
                                  ROBERT DAVID BAKER
15                                NIEVE ANJOMI

16

17
                                  By: _____
18                                        ROBERT DAVID BAKER

19                                Attorneys for Plaintiff MARK SHERWOOD

20

21  DATED: April __, 2006         QUINN, EMANUEL, URQUHART, OLIVER &
                                  HEDGES
22                                JOHN S. PURCELL

23

24
                                  By: _____
25                                        JOHN S. PURCELL

26                                Attorneys for Defendants
                                  AMHERST SYSTEMS ASSOCIATES, INC. and
27                                MICHAEL K. WILLIAMS

28

LEGAL_US_W # 53516638.1 59399.00002          -2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

|   |   |   |
|---|---|---|
| 1 | THEREFORE, it is hereby STIPULATED that: | |
| 2 | The CMC currently scheduled for April 28, 2006 will be continued to Friday, July | |
| 3 | 21, 2006. | |
| 4 | **IT IS SO STIPULATED.** | |
| 5 | | |
| 6 | DATED: April __, 2006 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>BRADFORD K. NEWMAN |
| 7 | | SHANNON S. SEVEY |
| 8 | | |
| 9 | | By:  /s/ Shannon S. Sevey |
| 10 | | SHANNON S. SEVEY |
| 11 | | Attorneys for Defendants |
| 12 | | WAVECREST CORPORATION<br>and DENNIS LEISZ |
| 13 | | |
| 14 | DATED: April ___, 2006 | BAKER & ANJOMI<br>ROBERT DAVID BAKER |
| 15 | | NIEVE ANJOMI |
| 16 | | |
| 17 | | By: _____ |
| 18 | | ROBERT DAVID BAKER |
| 19 | | Attorneys for Plaintiff MARK SHERWOOD |
| 20 | | |
| 21 | DATED: April 26, 2006 | QUINN, EMANUEL, URQUHART, OLIVER &<br>HEDGES |
| 22 | | JOHN S. PURCELL |
| 23 | | |
| 24 | | By: _____ |
| 25 | | JOHN S. PURCELL |
| 26 | | Attorneys for Defendants |
| 27 | | AMHERST SYSTEMS ASSOCIATES, INC. and<br>MICHAEL K. WILLIAMS |
| 28 | | |

LEGAL_US_W # 53616636.1 50399.00002

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1   **IT IS SO ORDERED.**

2

3   Dated: April 27, 2006

4   _____
    The Honorable Jeremy Fogel
5   United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28