PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
SHANNON S. SEVEY (SB# 229319)
SARJU A. NARAN (SB#215410)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Defendants
WAVECREST CORPORATION
and DENNIS LEISZ

\*\*E-filed 1/12/07\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARK SHERWOOD,

   Plaintiff,

vs.

WAVECREST CORPORATION;
AMHERST SYSTEMS ASSOCIATES,
INC.; DENNIS LEITSZ; MICHAEL K.
WILLIAMS; DOES 1-100,

   Defendants.

CASE NO. C 05-2354 JF

STIPULATION AND [PROPOSED]
ORDER SETTING CUTOFF DATE FOR
FACT DISCOVERY, DEADLINE TO
DESIGNATE EXPERTS, DEADLINE TO
EXCHANGE EXPERT REPORTS,
DEADLINE TO DESIGNATE REBUTTAL
EXPERTS, AND CUTOFF DATE FOR
EXPERT DISCOVERY

  WHEREAS, on July 25, 2006, the Parties filed a "Joint Case Management Conference Statement, Rule 26(f) Report and Proposed Order" in which Defendants proposed a discovery plan including the following: (1) Fact discovery cutoff date of December 31, 2006; (2) Deadline to designate experts of December 31, 2006; (3) Deadline to exchange expert reports of December

31, 2006; and (4) Expert discovery cutoff date of March 31, 2007; and Plaintiffs requested that "discovery proceed per the Code, and that expert discovery be cut off on February 28, 2007;"

WHEREAS, on July 28, 2006 the Court in its "Civil Minutes" ordered: "Court adopts the proposed case management dates as modified. The case is set for Jury trial on 6/15/07 at 1:30p.m. and pretrial conference on 6/8/07 at 11:00a.m;"

WHEREAS, there is a disagreement among the Parties as to which dates the Court intended to set for the discovery cutoffs and expert discovery deadlines;

WHEREAS, the Parties have scheduled depositions in January 2006, including the depositions of Plaintiff and one of the named Defendants;

WHEREAS, trial is currently set for June 15, 2007;

WHEREAS, the Parties have met and conferred, and resolved their dispute with respect to the discovery cutoffs and deadlines;

NOW, THEREFORE, the Parties hereby **STIPULATE** to enter into the following order:

### ORDER SETTING CUTOFF DATE FOR FACT DISCOVERY, DEADLINE TO DESIGNATE EXPERTS, DEADLINE TO EXCHANGE EXPERT REPORTS, DEADLINE TO DESIGNATE REBUTTAL EXPERTS, AND CUTOFF DATE FOR EXPERT DISCOVERY

1. All fact discovery will be completed no later than February 1, 2007;
2. The deadline to designate experts is February 1, 2007;
3. The deadline to exchange expert reports is February 1, 2007;
4. The deadline to designate rebuttal experts is March 2, 2007.
5. All expert discovery will be completed no later than March 15, 2007.

-2-

STIPULATION AND [PROPOSED] ORDER SETTING CUTOFF DATE FOR FACT DISCOVERY, DEADLINE TO DESIGNATE EXPERTS, DEADLINE TO EXCHANGE EXPERT REPORTS, DEADLINE TO DESIGNATE REBUTTAL EXPERTS, AND CUTOFF DATE FOR EXPERT DISCOVERY
Case No. CV-05-2354 JF/RS

IT IS SO STIPULATED.

DATED: January 7, 2007

THE LAW OFFICES OF BAKER & ANJOMI
ROBERT D. BAKER
1611 THE ALAMEDA
SAN JOSE, CA 95126

By: _____
ROBERT D. BAKER

Attorneys for Plaintiff
Mark Sherwood

DATED: January 8, 2007

PAUL, HASTINGS, JANOFSKY & WALKER, LLP
BRADFORD K. NEWMAN
SHANNON S. SEVEY
SARJU A. NARAN

By: _____
SHANNON S. SEVEY

Attorneys for Defendants
Wavecrest Corporation
and Dennis Leisz

DATED: December __, 2006

QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
JOHN S. PURCELL

By: _____
JOHN S. PURCELL

Attorneys for Defendants
Amherst Systems Associates, Inc. and
Michael K. Williams

-3-

STIPULATION AND [PROPOSED] ORDER SETTING CUTOFF DATE FOR FACT DISCOVERY, DEADLINE TO DESIGNATE EXPERTS, DEADLINE TO EXCHANGE EXPERT REPORTS, DEADLINE TO DESIGNATE REBUTTAL EXPERTS, AND CUTOFF DATE FOR EXPERT DISCOVERY
Case No. CV-05-2354 JF/RS

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | |
| 3 | DATED: December __, 2006     THE LAW OFFICES OF BAKER & ANJOMI |
| | ROBERT D. BAKER |
| 4 | 1611 THE ALAMEDA |
| | SAN JOSE, CA 95126 |
| 5 | |
| 6 | |
| | By: _____ |
| 7 | ROBERT D. BAKER |
| 8 | Attorneys for Plaintiff |
| | Mark Sherwood |
| 9 | |
| | DATED: December __, 2006     PAUL, HASTINGS, JANOFSKY & WALKER, LLP |
| 10 | BRADFORD K. NEWMAN |
| | SHANNON S. SEVEY |
| 11 | SARJU A. NARAN |
| 12 | |
| 13 | By: _____ |
| | SHANNON S. SEVEY |
| 14 | |
| | Attorneys for Defendants |
| 15 | Wavecrest Corporation |
| | and Dennis Leisz |
| 16 | |
| | DATED: ~~December~~ __, 2006     QUINN, EMANUEL, URQUHART, OLIVER & |
| 17 | HEDGES |
| | Jan 2, 2007     JOHN S. PURCELL |
| 18 | |
| 19 | |
| | By: _____ |
| 20 | JOHN S. PURCELL |
| 21 | Attorneys for Defendants |
| | Amherst Systems Associates, Inc. and |
| 22 | Michael K. Williams |

-3-

STIPULATION AND [PROPOSED] ORDER SETTING CUTOFF DATE FOR FACT DISCOVERY, DEADLINE
TO DESIGNATE EXPERTS, DEADLINE TO EXCHANGE EXPERT REPORTS, DEADLINE TO DESIGNATE
REBUTTAL EXPERTS, AND CUTOFF DATE FOR EXPERT DISCOVERY
Case No. CV-05-2354 JF/RS

IT IS SO ORDERED.

DATED: __1/12__, 2007     By: _____
                              The Hon. Jeremy Fogel