1

2                                              **E-Filed 3/23/07**

3

4

5

6

7                              NOT FOR CITATION

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  MARK SHERWOOD,                    Case Number C 05-2354 JF (RS)

13              Plaintiff,            ORDER[1] (1) GRANTING MOTION
                                      TO WITHDRAW AS COUNSEL OF
14       v.                           RECORD FOR DEFENDANTS
                                      WAVECREST AND LEISZ; AND
15  WAVECREST CORPORATION, et al.,    (2) SETTING CASE MANAGEMENT
                                      CONFERENCE
16              Defendants.

17

18                                    [Re:  Doc. No. 88]

19

20       On February 28, 2007, counsel for Defendants Wavecrest Corporation ("Wavecrest") and

21  Dennis Leisz ("Leisz") filed an *ex parte* motion to withdraw as counsel of record in this case.

22  Because counsel indicated that Wavecrest and Leisz do not consent to the proposed withdrawal,

23  and because trial is set to commence on June 15, 2007, the Court set the matter for expedited

24  hearing on March 23, 2007.

25       "Counsel may not withdraw from an action until relieved by order of Court after written

26  notice has been given reasonably in advance to the client and to all other parties who have

27  _____

28       [1] This disposition is not designated for publication and may not be cited.

Case No. C 05-2354 JF (RS)
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD
(JFLC2)

1   appeared in the case." Civil L.R. 11-5 (a). "When withdrawal by an attorney from an action is

2   not accompanied by simultaneous appearance of substitute counsel or agreement of the party to

3   appear *pro se*, leave to withdraw may be subject to the condition that papers may continue to be

4   served on counsel for forwarding purposes." Civil L.R. 11-5(b).

5           In the Northern District of California, the conduct of counsel is governed by the standards

6   of professional conduct required of members of the State Bar of California, including the Rules

7   of Professional Conduct of the State Bar of California. *Elan Transdermal Limited v. Cygnus*

8   *Therapeutic Systems*, 809 F. Supp. 1383, 1387 (N.D. Cal. 1992). Under those standards, an

9   attorney may request permission to withdraw if the client breaches an agreement or obligation to

10  the attorney with respect to payment of expenses or fees. Cal. Rules of Prof. Conduct Rule 3-

11  700(C)(1)(f). Additionally, an attorney may request permission to withdraw in matters where the

12  client's conduct renders it unreasonably difficult for the attorney to represent the client

13  effectively. Cal. Rules of Prof. Conduct Rule 3-700(C)(1)(d).

14          Wavecrest and Leisz currently are represented by the firm Paul, Hastings, Janofsky &

15  Walker LLP ("Paul, Hastings"). Two attorneys from Paul, Hastings have filed declarations

16  stating in general terms that Wavecrest and Leisz have breached their agreement with respect to

17  the payment of expenses and fees, and that a personality conflict has arisen between counsel and

18  the clients.[2] *See* Newman Decl. ¶ 4; Coddon Decl. ¶ 2. Counsel who argued the motion on

19  behalf of Paul, Hastings also represented orally that the fee dispute has dragged on for so long,

20  and been so unpleasant, that Paul, Hastings is convinced that even if the fee dispute were

21  resolved, counsel could not maintain a good relationship with Wavecrest and Leisz.

22          Neither Leisz or any other representative of Wavecrest appeared at the hearing. Leisz did

23  submit a letter to the Court dated March 21, 2007, expressing dissatisfaction at the amount of

24  legal fees it has been charged by Paul, Hastings, explaining that Wavecrest is struggling with

25  cash flow issues, and indicating concern that without Paul, Hastings Wavecrest will be severely

26  

27          [2] Counsel have offered to provide more detailed declarations under seal and/or to provide
    information in an *in camera* hearing should the Court deem additional information to be
28  necessary.

2

1   prejudiced in defending this lawsuit.

2          While it is sympathetic to the financial predicament that Wavecrest and Leisz describe,

3   the Court concludes that the motion to withdraw is well-taken given the failure – and apparent

4   inability – to pay attorneys' fees and the breakdown in the attorney-client relationship.  The Court

5   will direct Defendants or their representatives and counsel for Plaintiff to attend a Case

6   Management Conference on April 13, 2007 to discuss further proceedings in this case given the

7   withdrawal of Paul, Hastings.  Paul, Hastings will be directed to continue to accept service of

8   documents on behalf of Wavecrest and Leisz until Wavecrest and Leisz provide new addresses of

9   record to the Court.

10                                            **ORDER**

11         (1)    The motion to withdraw as counsel of record for Defendants Wavecrest and Leisz
                  is GRANTED;
12
13         (2)    Defendants or their representative and counsel for Plaintiff shall appear for a Case
                  Management Conference on Friday, April 13, 2007 at 10:30 a.m.; and

14         (3)    Paul, Hastings shall continue to accept service of documents on behalf of
                  Wavecrest and Leisz until Wavecrest and Leisz provide new addresses of record
15                to the Court.

16

17   DATED:  3/23/07

18                                                  _____
19                                                  JEREMY FOGEL
                                                    United States District Judge
20

21

22

23

24

25

26

27

28

Case No. C 05-2354 JF (RS)
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD
(JFLC2)

1    This Order was served on the following persons:

2

3    Counsel for Plaintiff:

4    Robert David Baker
     Nieve Anjomi
5    1611 The Alameda
     San Jose, CA 95126
6
     attyatlaw@earthlink.net
7
     Former Counsel for Defendants Wavecrest and Leisz:
8
     bradfordnewman@paulhastings.com
9    sarjunaran@paulhastings.com
     shannonsevey@paulhastings.com
10

11   Defendants Wavecrest and Leisz:

12   Dennis J. Leisz
     Wavecrest Corporation
13   7610 Executive Drive
     Eden Prairie, MN 55344
14
     Defendants Amherst and Williams:
15
     Leeh A. DiBello
16   Ronald D. Digesti
     Callahan, McCune & Willis
17   500 Sansome Street, Suite 410
     San Francisco, CA 94111
18
     leeh_dibello@cmwlaw.net, patricia_inabnet@cmwlaw.net
19

20

21

22

23

24

25

26

27

28

Case No. C 05-2354 JF (RS)
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD
(JFLC2)