\*\*E-Filed 7/02/07\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARK SHERWOOD, | Case Number C 05-2354 JF (RS) |
| Plaintiff, | JUDGMENT |
| v. | |
| WAVECREST CORPORATION, et al., | [Re: Doc. No. 127] |
| Defendants. | |

On June 8, 2007, the Court granted the request of Defendant Wavecrest for additional time to retain counsel for trial. Accordingly, the trial set to commence on June 25, 2007 was continued to August 27, 2007, on the conditions that counsel for Wavecrest enter a general appearance by June 15, 2007 and that Wavecrest pay sanctions to Plaintiff in the amount of $2500.00. On June 14, 2007, Wavecrest's president advised the Court that Wavecrest could not comply with these conditions. Wavecrest asserts that it does not have the financial assets at this time to secure counsel. Because a corporation may not proceed *pro se*, JUDGMENT IS HEREBY ENTERED against Wavecrest. The monetary sanctions shall be paid forthwith.

1   DATED:  July 2, 2007

                                          _____
                                          JEREMY FOGEL
                                          United States District Judge

1

2 Copies of Judgment served on:

3

4 Counsel for Plaintiff:

5 Robert David Baker
Nieve Anjomi
6 1611 The Alameda
San Jose, CA 95126
7
attyatlaw@earthlink.net
8

9
Former Counsel for Defendants Wavecrest and Leisz:
10

11
bradfordnewman@paulhastings.com
12
sarjunaran@paulhastings.com
13
shannonsevey@paulhastings.com
14

15
Defendants Wavecrest and Leisz:
16
Dennis J. Leisz
17 Wavecrest Corporation
7610 Executive Drive
18 Eden Prairie, MN 55344

19
Defendants Amherst and Williams:
20
Leeh A. DiBello
21 Ronald D. Digesti
Callahan, McCune & Willis
22 500 Sansome Street, Suite 410
San Francisco, CA 94111
23

24 leeh_dibello@cmwlaw.net, patricia_inabnet@cmwlaw.net

25

26

27

28

3

Case No. C 05-2354 JF (RS)
JUDGMENT
(JFLC3)