DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 52,924

Attorneys for Plaintiff
MARK SHERWOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK SHERWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>WAVECREST CORPORATION; AMHERST SYSTEMS, ASSOCIATES, INC.; DENNIS LEISZ; MICHAEL K. WILLIAMS,<br><br>    Defendants. | CASE NO. C 05-2354-JF<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS AND RESTRAINING ORDER |

Said notice of motion and motion for assignment of rights having come on regularly for hearing this 12th day of September, 2008 at 9:00 a.m. before the Honorable Jeremy Fogel, Judge of the United States District Court, and Plaintiff MARK SHERWOOD, having submitted the matter based upon the Court's Ruling, and no opposition nor appearance filed by the Defendant WAVECREST CORPORATION, and no claim of exemption having been filed therein, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the motion for assignment of rights and restraining order is hereby granted.

1

1 | IT IS FURTHER ORDERED that all accounts, accounts receivable, rights to payment of money, contract rights, rights to payment of money from third parties, contingent rights, deposits and deposit accounts, claims against third parties, monies due from third parties, due and in favor of and for the benefit of Defendant WAVECREST CORPORATION; or any of Defendant's partners, assignees, and other persons acting on his behalf, due Defendant are hereby assigned to Plaintiff MARK SHERWOOD, care of its attorney, David J. Cook, Cook Collection Attorneys, P.L.C., 165 Fell Street, Third Floor, San Francisco, CA 94102 for purposes of payment of the Judgment in the amount of $752,106.00, plus interest and costs as may be allowed.

IT IS FURTHER ORDERED that Defendant WAVECREST CORPORATION is hereby stayed, prohibited and enjoined, from cashing, negotiating, advancing, collecting, any and all accounts, accounts receivable, rights to payment of money, claims for payment of money due from third parties, or other rights subject to the assignment herein.

IT IS FURTHER ORDERED that Defendant WAVECREST CORPORATION is hereby prohibited, stayed and enjoined, from the assignment, mortgage, lien, or sale of any of the accounts, accounts receivable, rights to payment of money, and claims for payment of money due from third parties, the subject matter of the assignment hereunder.

DATED: 9/18/08

JEREMY FOGEL
JUDGE OF THE UNITED STATES
DISTRICT COURT

## NOTICE TO JUDGMENT DEBTOR

PLEASE TAKE NOTICE THAT THE COURT HAS ENTERED AN ORDER ASSIGNING CERTAIN RIGHTS AND PROVIDING FOR A RESTRAINING ORDER, AND OTHER RELIEF. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN CONTEMPT IN WHICH YOU MAY BE INCARCERATED IN THE COUNTY JAIL OF NOT MORE THAN 5 DAYS AND PAYMENT OF NOT MORE THE SUM OF $1,000 PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1209.

F:\USERS\DJCNEW\wavecrestassignord.wpd